**Kathy E. FERNAND, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 06–3082.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2006.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**NSK LTD., NSK Corporation, and NSK Precision America, Inc., Plaintiffs–Appellants,**

and

**NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Driveshaft Inc., and NTN–BCA Corporation, Plaintiff–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Timken U.S. Corporation. Defendant–Appellee.**

Nos. 05–1275, –05–1276.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2006.

Before: GAJARSA, DYK and PROST, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.